UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANDREW SMALL,

    Petitioner,

v.                                            CASE NO. 6:07-cv-570-Orl-22KRS

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.

## ORDER

This case is before the Court on Petitioner's Motion to Expand the Record (Doc. No. 27, filed July 23, 2008). Petitioner's motion is **GRANTED** to the extent he seeks to file documents in support of his habeas petition.

**DONE AND ORDERED** at Orlando, Florida this <u>24th</u> day of July, 2008.

                                                               *Karla R. Spaulding*
                                                             KARLA R. SPAULDING
                                               UNITED STATES MAGISTRATE JUDGE

Copies to:
pslc 7/24
Andrew Small
Counsel of Record